

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2016

No. 04-16-00008-CV

**IN THE INTEREST OF A.F., A CHILD**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01172
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Notice of appeal was filed in this case on January 6, 2016.

The appellee's brief was originally due to be filed on June 13, 2106. On June 10, 2016, appellee filed a motion for extension of time. This court GRANTS appellee an extension of ten days. It is ORDERED that appellee's brief must be filed in this appeal no later than ten days from the date of this order. Given the disposition deadline for this appeal, **NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court